THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEWTOWN CREEK TOWING COMPANY, Appellant, *v.* WALTER W. LAW et al., Constituting the State Tax Commission, Respondents.

*Tax — provision of Tax Law imposing additional franchise tax on transportation corporations properly assessed upon towing company.*

*Matter of Newtown Creek Towing Co.* v. *Law,* 205 App. Div. 209, affirmed.

(Argued January 9, 1924; decided February 19, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 2, 1923, which confirmed on certiorari a determination of the state tax commission denying an application for revision of an additional franchise tax assessed against relator for the years 1909 to 1921, inclusive, under section 184 of the Tax Law. The question was whether the section applied to a corporation whose sole business was that of towing vessels which it did not own or operate.

*Stuart H. Benton* and *Paul Bonynge* for appellant.
*Carl Sherman, Attorney-General* (*C. T. Dawes* of counsel), for respondents. .

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Petition of THE PEOPLE'S TRUST COMPANY, as Substituted Trustee under the Will of ORAN S. BALDWIN, Deceased.

MARY H. B. KEELING et al., Appellants; MARSHALL D. BALDWIN et al., Respondents.

*Will — construction — distribution of fund set apart to secure payment of annuity.*

*Matter of People's Trust Co.,* 206 App. Div. 710, affirmed.
(Argued January 9, 1924; decided February 19, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial